IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD SARTIN and WILMA SARTIN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-835-CV-W-DW |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

Before the Court is Plaintiff's Motion for Remand (Doc. 5). Defendant has not responded. This action was commenced on or about August 17, 2005, in the Circuit Court of Johnson County, Case No. 05J0-CV00181. On September 14, 2005, Defendant removed the case to the District Court of the Western District of Missouri pursuant to 28 U.S.C. § 1332. On September 20, parties stipulated that in no event "shall plaintiffs seek or recover a judgment in excess of $75,000 for uninsured motor vehicle benefits and attorneys fees and reasonable expenses." Accordingly, the requirements of 28 U.S.C. § 1332 are not satisfied; this Court lacks jurisdiction over the matter. Plaintiff's Motion to Remand is GRANTED.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: <u>November 7, 2005</u>